RECEIVED

AUG 28 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT
EASTERN DIVISION OF ILLINOIS

DEANDRE BRADLEY
Vs
111th Food Market d/b/a Express Food Mart II,

20-cv-05116
Judge Steven C. Seeger
Magistrate Beth W. Jantz

COMPLAINT FOR MONETARY RELIEF

PARTIES

Deandre Bradley is the pro-se plaintiff who is a 29 year old wheelchair bound male who is located at 103 west 112th street Chicago IL,60628.

Defendant 111th Food Market d/b/a Express Food Mart II is located 11058 south Wentworth Ave Chicago IL,60628 is being sued in its individual and or official capacities pursuant to title 3 of the americans with disabilities act.

JURISDICTION

This court has jurisdiction over the plaintiffs claims pursuant to 42 USC sec.12101 et seq

STATEMENT OF FACTS

1.Pro-se plaintiff Deandre Bradley at all times relevant to this complaint is a wheelchair bound individual who qualifies under the Americans with Disabilities Act as a person with a disability.

2.On May 25,2020 the plaintiff attended Roseland hospital to have staples removed from this abdomen. While waiting the plaintiff pushed his wheelchair to the defendants store Express Food Mart II.

3.When the plaintiff arrived in the parking lot, the plaintiff located a ramp that would allow him access to the side walk. The ramp was small ill-maintenanced and there was a car parked too close to the ramp.

4.Not looking for something to complain about the plaintiff used the ramp to the best of his ability and was able to gain access to the store.

5.The plaintiff went back to the hospital and the staples were removed ,the plaintiff returned to the defendants store for medical supplies and tobacco products on the same day.

6.This time when the plaintiff arrived in the parking lot there was a car parked right on top of the wheelchair ramp.The plaintiff asked the car to move and the man in the car was unaware that he was parked over or on the ramp and stated a fact.

7.This individual stated in a very aggressive threatening manner that there are no lines painted on the ground and there are no signs posted anywhere.

8.To avoid any confrontation the plaintiff saw a employee and stopped him and explained that he had no access to the store because the ramp was unavailable because customers are not being instructed on where they can and can't park ,then requesting that this employee shop for the plaintiff and was told that they don't do shop for customers.

9.A lady who was nearby saw and heard the plaintiff ,then approached the plaintiff and tried to help but her time was limited so she purchased tobacco products and almost got into a verbal altercation with the man who was parked over the ramp in the plaintiffs defense.

10.Due to the above stated reasons the plaintiff was intentionally discriminated against by this company and respectfully request compensation.

11.The plaintiff also tried to resolve this issue prior to any court but the defendants are refusing to.

12.Since this incident the defendants did take appropriate action, the entire parking lot has been remodeled and is now up to code.This is more proof into plaintiffs claims.

13.The plaintiff was not able to obtain medical supplies to treat his wound which eventually ended up becoming infected as antibiotics had to be prescribed to treat the plaintiff.

RELIEF

The plaintiff Deandre Bradley is entitled to be compensated for the intentional discrimination inflicted upon him by this priviate company.

The law provides that pursuant to title 3 of the americans with disabilities act certain accommodations must be made available.

The humiliation caused by this companies reckless failure to provide simple maintenance to a parking lot ,the disrespect and ignorance of an employee to refuse to help a customer in a wheelchair is a problem.

Plaintiff is requesting Compensatory damages in the amount of $65,000.00.

Respectfully submitted

S/S/ Deandre Bradley

PLAINTIFF REQUEST JURY BY TRIAL

CERTIFICATE OF SERVICE

The plaintiff is mailing this complaint to the following INDIVIDUALS ON 8-21-20

UNITED STATES DIST. CT
NORTHERN DISTRICT Eastern
DIVISION OF ILLINOIS
219 SOUTH DEARBORN ST
CHICAGO IL 60604

111th FOOD MART d/b/a
EXPRESS FOOD MART & CELLULAR
11058 WENTWORTH AVE
CHICAGO IL 60628

S/S/ Deandre Bradley

DEANDRE BRADLEY
9142 S DREXEL AVE
CHICAGO IL 60619

  
  



08/28/2020-2

UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
EASTERN DIVISION
219 S DEARBORN Street
CHICAGO IL 60604

LEGAL MAIL