IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT EASTERN DIVISION

DEANDRE BRADLEY          CASE NO:1:20-cv-5116-SCS-BJW

V

111th FOOD MARKET

MOTION FOR VOLUNTARY DISMISSAL



Now come to the Plaintiff Deandre Bradley pro-se respectfully to this honorable court with this motion for voluntary dismissal and stated as follows:

The pro-se plaintiff pursuant to all applicable laws moves to voluntarily dismiss this action as settlement was reached and satisfied by the defendants

Therefore the reason stated above plaintiff respectfully ask that this case is dismissed with prejudice and forever closed.

RESPECTFULLY SUBMITTED

s/s/DEANDRE BRADLEY

CERTIFICATE OF SERVICE

This motion for voluntary dismissal is being emailed to the clerk to e filed on 5/27/2021 by pro-se plaintiff Deandre Bradley.

s/s/DEANDRE BRADLEY