# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Deandre Bradley

                 Plaintiff,

v.                                                             Case No.: 1:20–cv–05116

                                                                    Honorable Beth W. Jantz

111th Food Market

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 9, 2021:

      MINUTE entry before the Honorable Beth W. Jantz: Plaintiff's motion for voluntary dismissal [32] is granted. This case is dismissed with prejudice. Status hearing set for 06/15/2021 [31] is stricken. Civil case terminated. Mailed notice.(pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.